**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00499−CPO
Judge Christine P. O'Hearn
BRENDEN KERRY SMITH
Defendant.

Clerk of Court
USDC for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Original Jurisdiction No: 2:16CR00276−001**

**Dear Clerk of Court:**

Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. The Indictment, Judgment and Docket Sheet have been retrieved via PACER. Please forward any additional necessary documents.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, js

cc: Probation Office for the District of New Jersey